# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT H. DUNLAP, | ) | NO. CV 19-8226-CJC (KS) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SHERMAN, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 3, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE